UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60002-WPD

TIMOTHY CHARLES HOLMSETH,

    Plaintiff,
v.

KIM LOWRY PICAZIO,
WILLIAM K. MURTAUGH,
KAREN DENISE GAUR,

-and-

JOHN DOES 1-5,

    Defendants.
_____/

## ORDER OF DISMISSAL FOR FAILURE TO COMPLY WITH COURT ORDERS

THIS CAUSE is before the Court upon the Court's January 23, 2019 Order to Show Cause to Plaintiff's Counsel for Failure to Comply with Order Requiring Status Report. *See* [DE 33].

On January 2, 2019, the Court issued an Order Requiring Status Report, entered after the transfer of this case to the Southern District of Florida and the assignment to the undersigned. *See* [DE's 23, 24, 25, 28].  Therein, the Court ordered, in pertinent part, that:  "No later than January 14, 2019, the parties shall file a status report regarding the status of this case, including but not limited to the status of service as to the Defendants who have not responded to the Complaint, and any matters that remain pending before the Court." *See* [DE 28] at p. 1 (emphasis in original).  Plaintiff's Counsel failed to comply with the Court's Order.  Therefore, on January 23, 2019, the Court entered an Order to Show Cause to Plaintiff's Counsel for Failure to Comply

with Order Requiring Status Report. *See* [DE 33].  Therein, the Court ordered that, "[n]o later than January 30, 2019, Plaintiff's counsel shall comply with the Court's January 2, 2019 Order Requiring Status Report and shall show cause for the failure to comply with the Court's instructions." *See id.*   The Court warned that "[a] failure to comply with this Order to Show Cause shall result in the immediate dismissal of this case." *See id.*  As of the date of this Order, Plaintiff's counsel has failed to comply with the Court's Orders.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **DISMISSED** for failure to comply with multiple Court Orders.

2. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending motions.

3. The Clerk is **DIRECTED** to send, via U.S. Mail, copies of this Order to Plaintiff's counsel at the addresses below.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida this 31st day of January, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Steven Scott Biss
300 West Main St Ste 102
Charlottesville, VA 22903